# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY A. HOWELL, | ) Case No. CV 08-935-OP |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

     Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

     IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED:  August 24, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1